IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAULFIELD ASSOCIATES, INC.,** <br> **Plaintiff,** <br><br> v. <br><br> **D&F TRANSFER, LLC; ELICIO DIAZ;** <br> **and TOTAL QUALITY LOGISTICS, LLC** <br> **Defendants.** | CIVIL ACTION <br><br><br><br> NO. 20-0861 |

## O R D E R

**AND NOW**, this 21st day of August, 2020, upon consideration of Defendant Total Quality Logistics's Motion to Dismiss for Failure to State a Claim (ECF No. 16), Plaintiff's Response in Opposition (ECF No. 21), and Defendant Total Quality Logistics's Reply (ECF No. 24), **IT IS ORDERED** that Defendant Total Quality Logistics's Motion to Dismiss is **GRANTED** and Plaintiff's claims against it are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**